# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sergei Dobrovolskii

**Plaintiff,**

**V.**

Mr. Larose, Otay Mesa Detention Center

**Defendant.**

**Civil Action No.** 26-cv-04584-RSH-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The petition is DENIED. The case is hereby closed.

**Date:** 9/3/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Cortez
A. Cortez, Deputy